IN RE:  
GLENELLA TERESKA MAMOU  
1098 CHESS BROUSSARD ROAD  
BREAUX BRIDGE, LA 70517

CASE NO. 20-50938  
JUDGE JOHN W. KOLWE

DATE: 04/28/2021

Debtor

---

### NOTICE OF INTENTION TO PAY CLAIMS AND
### MOTION TO DISALLOW SECURED CLAIMS

---

**NOTICE IS HEREBY GIVEN** of the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

**NOTICE TO SECURED CREDITORS:**
If you are a secured creditor and your claim is listed for -0- it indicated that no claim was timely filed and no evidence of a perfected security interest was sent to the Trustee. Therefore, this notice also constitutes a Motion to Disallow your claim. Should you wish to object to this action by the Trustee, you should file a written objection with the Clerk of Bankruptcy Court within thirty (30) days from the mailing date of this notice with a copy to undersigned. Should you timely file an objection, you will be notified of a hearing date.

**DONALD R FUSELIER**  3,850.00  ATTORNEY  
**A PROFESSIONAL LAW CORPORATION**  
P O BOX 12994  
NEW IBERIA, LA 70562

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| ACADIANA ACUTE CARE<br>P O BOX 8272<br>FORT WORTH, TX 76124 | 0.00<br><br>ACCT: 8250<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| ADVANCIAL FEDERAL CREDIT UNION<br>1845 WOODALL RODGERS FWY #1300<br>DALLAS, TX 75201 | 0.00<br><br>ACCT: 8915<br>COMM: | 0.00 | ADEQUATE PROTECTION |
| ADVANCIAL FEDERAL CREDIT UNION<br>1845 WOODALL RODGERS FWY #1300<br>DALLAS, TX 75201 | 30,000.00<br>7.00% INT ACCT: 8915<br>COMM: 18 GMC SIERRA | 0.00 | VEHICLE |
| ADVANCIAL FEDERAL CREDIT UNION<br>1845 WOODALL RODGERS FWY #1300<br>DALLAS, TX 75201 | 23,570.01<br><br>ACCT: 8915<br>COMM: SPLIT CLAIM | 0.00 | UNSECURED |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| ASHLEY FUNDING<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | 20.46<br><br>ACCT: 3140<br>COMM: | 0.00 | UNSECURED |
| BROUSSARD IRONWORKS LLC<br>406 PICARD ST<br>LAFAYETTE, LA 70508 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| CAPITAL ONE<br>P O BOX 71083<br>CHARLOTTE, NC 28272-1083 | 0.00<br><br>ACCT: 0117<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| CARDIOLOGY SPECIALISTS ACADIANA<br>P O BOX 81398<br>LAFAYETTE, LA 70598 | 0.00<br><br>ACCT: 1937<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| CHAPTER HOLDINGS<br>P O BOX 748<br>TULLAHOMA, TN 37388 | 3,905.05<br><br>ACCT:<br>COMM: MICHAEL J YOUNG | 0.00 | UNSECURED |
| CHASE AUTO FINANCE<br>P O BOX 901076<br>FORT WORTH, TX 76101-2076 | 8,000.00<br>7.00% INT ACCT:<br>COMM: 2015 MUSTANG - FILE T | 0.00 | VEHICLE |
| CONGRESS EMERGENCY GROUP<br>P O BOX 650292<br>DALLAS, TX 75265 | 0.00<br><br>ACCT: 7096<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| CREDENCE RESOURCE MGMT<br>17000 DALLAS PKWY STE 204<br>DALLAS, TX 75248 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| DELTA FINANCIAL SERVICES<br>P O BOX 52253<br>LAFAYETTE, LA 70505 | 0.00<br><br>ACCT: 8394<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| DELTA FINANCIAL SERVICES<br>P O BOX 52253<br>LAFAYETTE, LA 70505 | 0.00<br><br>ACCT: 8025<br>COMM: | 0.00 | UNSECURED<br>Not filed |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| E TRENT MCCARTHY<br>7922 PICARDY AVE<br>BATON ROUGE, LA 70809 | 0.00<br>ACCT:<br>COMM: | 0.00 | NOTICE ONLY |
| FMOLHS<br>P O BOX 677963<br>DALLAS, TX 75267 | 0.00<br>ACCT: 3985<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| GEICO INSURANCE<br>ONE GEICO PLAZA<br>BETHESDA, MD 20811 | 0.00<br>ACCT: 4894<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| I C SYSTEMS INC<br>P O BOX 64437<br>ST PAUL, MN 55164-0437 | 0.00<br>ACCT: 0002<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| IBERIA BANK<br>P O BOX 52747<br>LAFAYETTE, LA 70505 | 35,000.00<br>7.00% INT<br> | 0.00<br>ACCT: 7914<br>COMM: 2ND MORT | MORTGAGE |
| IBERIA BANK<br>P O BOX 52747<br>LAFAYETTE, LA 70505 | 4,448.00<br>ACCT: 7914<br>COMM: SPLIT CLAIM | 0.00 | UNSECURED |
| IBERIA COMPREHENSIVE CLINIC<br>806 JEFFERSON TERRACE<br>NEW IBERIA, LA 70560 | 0.00<br>ACCT: 7751<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00<br>ACCT:<br>COMM: | 0.00 | NOTICE ONLY |
| IRS DISTRICT COUNSEL<br>P O BOX 30509<br>NEW ORLEANS, LA 70190 | 0.00<br>ACCT:<br>COMM: | 0.00 | NOTICE ONLY |
| J ALBERT GUILLOT DDS<br>430 JEFFERSON ST<br>LAFAYETTE, LA 70501 | 0.00<br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| J WARD HOLLIDAY & ASSOCIATES<br>501 ELM STREET<br>SUITE 200 LB13<br>DALLAS, TX 75202 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | NOTICE ONLY |
| LA RECOVERY SERVICES<br>1304 BERTRAND DR STE F4<br>LAFAYETTE, LA 70506 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| LA RECOVERY SERVICES<br>1304 BERTRAND DR STE F4<br>LAFAYETTE, LA 70506 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| LA RECOVERY SERVICES<br>1304 BERTRAND DR STE F4<br>LAFAYETTE, LA 70506 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| LA RECOVERY SERVICES<br>1304 BERTRAND DR STE F4<br>LAFAYETTE, LA 70506 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| LAFAYETTE GENERAL MEDICAL CENTER<br>900 E ST MARY BLVD # 106<br>LAFAYETTE, LA 70503 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| LAFAYETTE GENERAL MEDICAL CENTER<br>900 E ST MARY BLVD # 106<br>LAFAYETTE, LA 70503 | 0.00<br><br>ACCT: 0002<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| MICHAEL YOUNG MD<br>626 VEROT SCHOOL RD STE D<br>LAFAYETTE, LA 70508 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | NOTICE ONLY |
| MIDLAND FUNDING<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA 92108 | 0.00<br><br>ACCT: 8452<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| MIDLAND FUNDING<br>P O BOX 2011<br>WARREN, MI 48090 | 0.00<br><br>ACCT: 2798<br>COMM: | 0.00 | UNSECURED<br>Not filed |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| MINUTE MED<br>2851 JOHNSTON ST<br>PMB 1807<br>LAFAYETTE, LA 70503<br>ACCT: 6478<br>COMM: | 0.00 | 0.00 | UNSECURED<br>Not filed |
| PETER PICCIONNE JR<br>P O BOX 5150<br>LAFAYETTE, LA 70502<br>ACCT:<br>COMM: | 0.00 | 0.00 | NOTICE ONLY |
| PHOENIX FINANCIAL SERVICE<br>P O BOX 361450<br>INDIANAPOLIS, IN 46236<br>ACCT: 5040<br>COMM: | 0.00 | 0.00 | UNSECURED<br>Not filed |
| PORTFOLIO RECOVERY<br>P O BOX 41067<br>NORFOLK, VA 23541<br>ACCT: 0239<br>COMM: | 0.00 | 0.00 | UNSECURED<br>Not filed |
| PORTFOLIO RECOVERY<br>P O BOX 41067<br>NORFOLK, VA 23541<br>ACCT: 2588<br>COMM: | 0.00 | 0.00 | UNSECURED<br>Not filed |
| QUANTUM3 GROUP LLC<br>P O BOX 788<br>KIRKLAND, WA 98083-0788<br>ACCT:<br>COMM: | 0.00 | 0.00 | NOTICE ONLY |
| QUANTUM3 GROUP LLC<br>P O BOX 2489<br>KIRKLAND, WA 98083-2489<br>ACCT: 2834<br>COMM: | 3,046.00 | 0.00 | UNSECURED |
| QUANTUM3 GROUP LLC<br>P O BOX 2489<br>KIRKLAND, WA 98083-2489<br>ACCT: 9900<br>COMM: | 410.81 | 0.00 | UNSECURED |
| QUANTUM3 GROUP LLC<br>P O BOX 788<br>KIRKLAND, WA 98083-0788<br>ACCT:<br>COMM: | 0.00 | 0.00 | NOTICE ONLY |
| RECEIVABLES PERFORMANCE<br>20816 44TH AVE W<br>LYNNWOOD, WA 98036<br>ACCT:<br>COMM: | 0.00 | 0.00 | NOTICE ONLY |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| RESURGENT CAPITAL<br>P O BOX 19008<br>GREENVILLE, SC 29602 | 10,287.76 | 0.00<br>ACCT: 1819<br>COMM: | UNSECURED |
| RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | 27.50 | 0.00<br>ACCT: 4910<br>COMM: | UNSECURED |
| RICHARD A ROZANSKI<br>P O BOX 13199<br>ALEXANDRIA, LA 71315-3199 | 0.00 | 0.00<br>ACCT:<br>COMM: | NOTICE ONLY |
| SANTANDER CONSUMER<br>P O BOX 961245<br>FORT WORTH, TX 76161 | 0.00 | 0.00<br>ACCT:<br>COMM: | NOTICE ONLY |
| SANTANDER CONSUMER<br>P O BOX 560284<br>DALLAS, TX 75356-0284 | 20,930.76 | 0.00<br>ACCT: 2853<br>COMM: | UNSECURED |
| SN SERVICING CORPORATION<br>323 5TH ST<br>EUREKA, CA 95501 | 42,396.41 | 0.00<br>ACCT: 5342<br>COMM: PRE ARRS 12/20 | MORTGAGE ARREARS |
| SN SERVICING CORPORATION<br>323 5TH ST<br>EUREKA, CA 95501 | 1,788.72 | 0.00<br>ACCT: 5342<br>COMM: POST ARRS 01/21 | MORTGAGE ARREARS |
| SN SERVICING CORPORATION<br>323 5TH ST<br>EUREKA, CA 95501 | 293,748.53 | 0.00<br>ACCT: 5342<br>COMM: CONT 02/21 | MORTGAGE |
| SPRINT PCS<br>P O BOX 8077<br>LONDON, KY 40742 | 0.00 | 0.00<br>ACCT: 4275<br>COMM: | UNSECURED<br>Not filed |
| STATE OF LOUISIANA<br>DEPT OF REV & TAX<br>P O BOX 66658<br>BATON ROUGE, LA 70896 | 0.00 | 0.00<br>ACCT:<br>COMM: | NOTICE ONLY |

PAGE 7 - CHAPTER 13 CASE NO. 20-50938

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| STATE OF LOUISIANA<br>DEPT OF REV & TAX<br>P O BOX 66658<br>BATON ROUGE, LA  70896 | 105.00<br><br>ACCT: 9302<br>COMM: NOT IN PLAN | 0.00 | PRIORITY<br>Not In Plan |
| SUE T MANN<br>P O BOX 3507<br>LAFAYETTE, LA  70502 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | NOTICE ONLY |
| TRANSFINANCIAL<br>7922 PICARDY AVE<br>BATON ROUGE, LA  70809 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| TRANSFINANCIAL<br>7922 PICARDY AVE<br>BATON ROUGE, LA  70809 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| UNITED STATES ATTORNEY<br>300 FANNIN ST STE 3201<br>SHREVEPORT, LA  71101-3068 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | NOTICE ONLY |
| UNIVERSITY HOSPITAL AND CLINICS<br>900 E ST MARY BLVD 106<br>LAFAYETTE, LA  70506 | 0.00<br><br>ACCT: 9308<br>COMM: | 0.00 | UNSECURED<br>Not filed |
| WOMEN'S & CHILDREN'S HOSP<br>P O BOX 402871<br>ATLANTA, GA  30384-2871 | 0.00<br><br>ACCT: 6068<br>COMM: | 0.00 | UNSECURED<br>Not filed |

   I herein certify that a copy of this notice was served upon the Debtor, the Debtor attorney of record, and all creditors affected by this Motion on this date by regular U.S. Mail postage prepaid, at their addresses as appear in the records hereof.

Date: 04/28/2021                                    /S/ KEITH A. RODRIGUEZ
                                                    **KEITH A. RODRIGUEZ, TRUSTEE**