UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: GLENELLA TERESKA MAMOU | CASE NUMBER: 20-50938 |
|---|---|
| DEBTOR | CHAPTER 13 |

## OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN

**NOW INTO COURT,** through undersigned counsel, comes **IBERIABANK**, a secured creditor herein, who through its' undersigned counsel, respectfully represents:

1.

On December 23, 2020, the debtor, GLENELLA TERESKA MAMOU, filed this Chapter 13 Case and her proposed Chapter 13 Plan of Reorganization. On April 12, 2021, the Debtor filed an Amended Chapter 13 Plan (Doc # 25)

2.

On January 20, 2021, IBERIABANK filed its Proof of Claim in the amount of $39,448.00 including all pre-petition interest, fees and costs, stating the value on the Property at $325,000.00. The secured portion of the claim is $49,448.00 and the unsecured portion is 0.00 with $7,771.85 necessary to cure the default as of the date of filing. A copy of the Proof of Claim is attached hereto as Exhibit "A".

3.

On August 27, 2006, GLENELLA ARCENEAUX MAMOU and Non- Bankrupt Co-Debtor, Joseph Austin Mamou, Jr. executed that certain HELOC Account Agreement and Disclosure (the "Note") in favor of IBERIABANK in the original principal amount of $43,400.00. The HELOC provides for payments in two payment streams. The "First Payment

3561592.v1

Stream" requires 60 minimum monthly payments equal to the amount of the finance charges plus any amount past due and other charges. After completion of the First Payment Stream, the Second Payment Stream is based on an amortization of the balance at the start of the Second Payment Stream as provided shown in the HELOC. During the First Payment Stream the minimum monthly payments may vary from month to month based upon the number of days in the billing cycle and/or the average daily balance. A copy of the original Note is attached hereto as Exhibit "B".

4.

On July 10, 2007, as security for repayment of all indebtedness owed now and in the future by the Debtor to IBERIABANK, the Debtor and the co-borrower, non-debtor in bankruptcy, Joseph Austin Mamou, Jr., executed that certain Acknowledgement of Multiple Indebtedness Mortgage in favor of IBERIABANK, wherein the Debtor granted to the Bank a mortgage interest on the following property (the "Property"), to wit:

> That certain parcel of ground, together with all improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances, and advantages thereunto belonging and all appurtenances thereof, containing 3.071 arpents, more or less, situated in Section 60, Township 9 South, Range 5 East, St. Martin Parish, designated as "Plat No. 1" prepared by Herman L. Bienvenu, attached to that Act recorded in Conveyance Book 1151, Page 216, Entry No. 261920 of the records of St. Martin Parish, Louisiana, and made part hereof by reference, and being described with reference thereto as having a frontage on a Parish Road, and is bounded southeasterly by Hermongone Hebert, et als, or assigns, northeasterly by Lot-B, northwesterly by John Breaux, et als, or assigns, and southerly by a Parish Road, and having such other dimensions, boundaries and measurements as are more fully shown on said plat of survey.
>
> Being the same property acquired by Joseph Austin Mamou Jr. and Glenella Arceneaux Mamou by Act of Cash Sale dated July 5, 2001 and recorded under Entry No. 328573, records of St. Martin Parish, Louisiana.

A Copy of the Acknowledgment of Existing Multiple Indebtedness Mortgage is attached as Exhibit "C".

5.

On August 24, 2006, the Debtor and the co-borrower, non-debtor in bankruptcy, Joseph Austin Mamou, Jr., executed that certain Home Equity Mortgage, also securing the indebtedness under the note and granting to the Bank a mortgage interest on the Property. A copy of the Home Equity Mortgage is attached as Exhibit "D".

6.

After crediting all payments made, the balance due on the Note is the amount of $36,394.92, which includes accrued interest through January 12, 2021 in the amount of $1,613.98 and arrearages (comprised of a late charge, legal fees and appraisal fees) in the amount of $1,439.10, all as set forth on the Proof of Claim.

7.

As evidenced by the Loan History Sheet attached as Exhibit "F", IBERIABANK has not received payment on this loan since June 12, 2020. The debtor is now ten (10) payments past due.

8.

On April 12, 2021, the Debtor filed an Amended Chapter 13 Plan (Doc # 25) to reduce the secured portion owed to IBERIABANK based on the equity available in the collateral from $39,448.00 as listed in its Proof of Claim, to $7,066.34.

9.

The Debtor's proposed Plan is objectionable for the following reasons:

a) The Debtor's proposed plan should be amended to reflect the secured portion owed to IBERIABANK.

WHEREFORE, creditor, IBERIABANK, prays that, this Court deny the confirmation of the Debtor's Plan for the reasons set forth above.

Respectfully submitted,

ONEBANE LAW FIRM

BY:/s/ *SUE TANNEHILL MANN*
SUE TANNEHILL MANN (SBN 20011)
1200 Camellia Boulevard, Suite 300 (70508)
Post Office Box 3507
Lafayette, LA 70502-3507
Telephone: (337) 237-2660
Facsimile: (337) 266-1232
E-mail: manns@onebane.com

ATTORNEYS FOR IBERIABANK

3561592.v1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: GLENELLA TERESKA MAMOU | CASE NUMBER: 20-50938 |
|---|---|
| DEBTOR | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, SUE TANNEHILL MANN, hereby certify that a copy of the foregoing Notice to Interested Parties has been mailed to the following and/or electronically transmitted to other parties via the Court's CM/ECF system.

**DEBTOR**
Glenella Tereska Mamou
1098 Chess Broussard Road
Breaux Bridge, LA 70517

**TRUSTEE**
Keith A. Rodriguez
Post Office Box 3445
Lafayette, LA 70502

**DEBTOR'S ATTORNEY**
Donald R. Fuselier
Attorney at Law
510 French Street
P.O. Box 12994
New Iberia, LA 70562

**UNITED STATES TRUSTEE**
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, Louisiana 71101

By mailing the Notice by United States Mail, first class, postage prepaid and properly addressed, all on this 7th day of May, 2021.

                                                  */s/ SUE TANNEHILL MANN*
                                                  SUE TANNEHILL MANN

3561592.v1